IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jaspreet Sidhu, et al., | NO. C 07-00720 JW |
| Plaintiffs, <br> v. <br> Emillio Gonzalez, et al., <br> Defendants. | **ORDER VACATING HEARING ON MOTION; VACATING CASE MANAGEMENT CONFERENCE** |

The Court finds it appropriate to take Defendant's Motion to Dismiss for Lack of Jurisdiction under submission without oral argument. See Civ. L.R. 7-1(b). Accordingly, the hearing presently scheduled for August 13, 2007 is VACATED.

In addition, the Court previously set a case management conference for August 13, 2007. The parties have failed to submit a joint statement pursuant to the Court's local rules. The Court finds that in the event Plaintiffs survive Defendants' motion to dismiss, this case can be resolved on cross motions for summary judgment. Accordingly, the Court sets a **October 22, 2007 at 9 AM** as the putative hearing date on the cross motions for summary judgment. The party shall adhere to the briefing schedule as set forth in the Court's Civil Local Rules.

Dated: August 9, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Daniel Tzu Ken Huang, lawyer99@pacbell.net
Ila Casy Deiss ila.deiss@usdoj.gov

| | |
|---|---|
| **Dated: August 9, 2007** | **Richard W. Wieking, Clerk** |
| | **By:     /s/ JW Chambers** |
| | **        Elizabeth Garcia** |
| | **        Courtroom Deputy** |