```
SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants
```

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASPREET SIDHU,<br>RAVINDER K. SIDHU,<br><br>            Plaintiffs,<br><br>    v.<br><br>EMILIO T. GONZALEZ, Director of the<br>U.S. Citizenship and Immigration Services;<br>ALBERTO R. GONZALES, as Attorney<br>General of the United States<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. C 07-0720 JW<br><br>**STIPULATION TO EXTEND HEARING DATE ON PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT; and [PROPOSED] ORDER**<br><br><br>Date: October 22, 2007<br>Time: 9:00 a.m. |

   Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

   1. On August 9, 2007, the Court set a tentative schedule for the hearing on the parties cross motions for summary judgment for October 22, 2007.

   2. The Defendants requested the USCIS to expedite Plaintiff's name check on September 14, 2007.

   3. In order to allow sufficient time for the FBI to complete the name check, and for USCIS to receive the completed name check result for the Plaintiff, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stipulation to Extend Dates
C07-0720 JW                                                        1

| | | |
|---|---|---|
| 1 | Parties' Motions for Summary Judgment: | October 29, 2007 |
| 2 | Parties' Oppositions to the Summary Judgment: | November 12, 2007 |
| 3 | Hearing: | December 3, 2007, at 9:00 a.m. |

Date: September 17, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

         /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: September 17, 2007

         /s/
DANIEL HUANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   September 20, 2007

JAMES WARE
United States District Judge

Stipulation to Extend Dates
C07-0720 JW                                             2