| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JASPREET SIDHU,　　　　　　　　　)
RAVINDER K. SIDHU,　　　　　　　)　No. C 07-0720 JW
　　　　　　　　　　　　　　　　　)
　　　　　Plaintiffs,　　　　　　　)
　　　　　　　　　　　　　　　　　)　**STIPULATION TO DISMISS; AND**
　　　v.　　　　　　　　　　　　　)　**[PROPOSED] ORDER**
　　　　　　　　　　　　　　　　　)
EMILIO T. GONZALEZ, Director of the　)
U.S. Citizenship and Immigration Services;)
ALBERTO R. GONZALES, as Attorney　)
General of the United States　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　　)
_____)

　　　Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action because the United States Citizenship and Immigration Services agrees to adjudicate Plaintiff Jaspreet Sidhu's adjustment of status application within 30 days from receiving his updated biometrics.

　　　Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-0720 JW　　　　　　　　　　　　　　　　1

1 | Dated: October 30, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

                    /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: October 29, 2007

                    /s/
DANIEL T. HUANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.
The Clerk shall close this file.

Date:    October 31, 2007

JAMES WARE
United States District Judge

Stipulation to Dismiss
C07-0720 JW                                2